Phillip MIZRACH, as Successor Personal Representative of the Estate of Abraham I. Kurland, Deceased, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

Phillip Mizrach, as Successor Personal Representative of the Estate of Abraham I. Kurland, Deceased, Plaintiff-Appellant,

v.

United States of America, Defendant-Appellee.

No. 16-1550, No. 16-1551

United States Court of Appeals, Fourth Circuit.

Submitted: March 1, 2017

Decided: March 9, 2017

Phillip Mizrach, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before TRAXLER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mizrach appeals the district court's orders denying several post-judgment motions he filed following the dismissal of two Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012) complaints. We have reviewed the record included on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mizrach v. United States, Nos. 1:11-cv-01153-RDB; 1:08-cv-02030-AMD, 2015 WL 7012658, 2016 WL 1446724 (D. Md. Nov. 12, 2015; Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED